# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| ProTek Models, LLC | ) | ASBCA Nos. 59796, 59936 |
| | ) | |
| Under Contract No. FA8601-12-P-0461 | ) | |

APPEARANCE FOR THE APPELLANT:　　　　Richard G. Osborn, Esq.
　　　　　　　　　　　　　　　　　　　　OsbornLaw
　　　　　　　　　　　　　　　　　　　　Ontario, CA

APPEARANCES FOR THE GOVERNMENT:　　Jeffrey P. Hildebrant, Esq.
　　　　　　　　　　　　　　　　　　　　　Air Force Deputy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　Phillip E. Reiman, Esq.
　　　　　　　　　　　　　　　　　　　　Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 January 2017

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59796, 59936, Appeals of ProTek Models, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals